UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REYAD UDDIN,

            Plaintiff,

- against -

EQUIFAX INFORMATION SERVICES LLC
and NRA GROUP, LLC,

            Defendants.

**ORDER**

19 Civ. 5625 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      At the November 14, 2019 conference, the Court directed the parties to file a joint letter with an update on the status of settlement within 30 days. To date, no such letter has been filed. The parties are directed to file the letter by **January 10, 2020**. If the parties have been unable to settle, the letter should include a revised proposed case management plan.

Dated: New York, New York
       January 6, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge