UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REYAD UDDIN,

                Plaintiff,

    - against -

EQUIFAX INFORMATION SERVICES
LLC and NRA GROUP, LLC,

                Defendants.

**ORDER OF DISMISSAL**

19 Civ. 5625 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The Court having been advised that all claims asserted herein have been settled as

to defendant Equifax Information Services LLC ("Equifax"), it is ORDERED that the above-

entitled action be, and hereby is, dismissed with prejudice but without costs as to Equifax;

provided, however, that if the settlement with Equifax is not consummated within thirty days of

this order, any party may apply by letter within the thirty-day period for restoration of the action

to the calendar of the undersigned as to Equifax, in which event the action will be restored as to

Equifax.  The Clerk of the Court is directed to close the case as to Equifax only.

Dated: New York, New York
      January 15, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge