

34-18 Northern Blvd – Suite 2-25
Long Island City, NY 11101

**OFFICE:** (718) 674 - 1245
**FAX:** (516) 453 - 0490

**THE TARIQ**
LAW FIRM, PLLC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__4/8/2020____

April 3, 2020

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> **Re:    Uddin, Reyad v. National Recovery Agency, et al.**
> **Docket #: 1:19-cv-05625-MKV**

Dear Judge Vyskocil:

My firm represents Plaintiff, Reyad Uddin, in the above-referenced matter. This letter is to respectfully request an adjournment of the pretrial conference currently scheduled for April 9, 2020 at 10:00 AM.

Plaintiff respectfully brings to the Court's attention that Your Honor granted a 90-day extension of discovery so that the parties have time to take depositions. Accordingly, Plaintiff respectfully requests an adjournment of the pretrial conference for a future date compatible with the discovery extension.

We are appreciative of Your Honor's time on this matter.

Sincerely,

Subhan Tariq, Esq.
*Counsel for Plaintiff*

This request is GRANTED.  The parties shall appear for a Post Discovery Conference on Thursday, August 27, 2020 at 10:30 AM.

Date:  April 8, 2020
New York, New York

Mary Kay Vyskocil
United States District Judge