UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/10/2020
```

REYAD UDDIN,

               Plaintiff,

-against-

NRA GROUP, LLC, et al.

               Defendants.

19-cv-5625 (MKV)

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

       The Court is in receipt of a letter from Plaintiff Reyad Uddin and Defendant NRA Group, LLC, which is the only remaining defendant in this action, informing the Court that they have reached a settlement in principle [ECF #50]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by October 12, 2020. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date:  **September 10, 2020**
        **New York, NY**

*[signature]*
**MARY KAY VYSKOCIL**
**United States District Judge**